OPINION — AG — UNDER THE EXISTING LAW., 59 O.S. 1961 199.1 [59-199.1], THE MERE SELLING OF A WIG DOES NOT CONSTITUTE THE PRACTICE OF COSMETOLOGY, BUT IF SUCH WIG IS FITTED, STYLED OR ARRANGED BY THE SELLER UPON THE HEAD OF THE BUYER SAME WOULD CONSTITUTE SUCH PRACTICE AND WOULD BE GOVERNED BY THE ACT RELATING TO COSMETOLOGY AND THE RULES AND REGULATIONS ADOPTED THEREUNDER. CITE: 59 O.S. 1961 199.3 [59-199.3] (CHARLES OWENS)